IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. CARLOS CASALE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV-2016-447-KEW |
| | ) | |
| 1. NFI NETWORK LOGISTIC SOLUTIONS, LLC, d/b/a NATIONAL FREIGHT INDUSTRIES, | ) ) ) | Judge Kimberly E. West |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the parties, and hereby stipulate and agree that pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 17th DAY OF NOVEMBER, 2017.**

| | |
|---|---|
| s/ Amber L. Hurst | s/ Michael R. Pacewicz |
| Mark Hammons, OBA #3748 | *(Signed by filing counsel with permission)* |
| Amber L. Hurst OBA #21231 | Michael R. Pacewicz, OBA No. 18794 |
| HAMMONS GOWENS HURST & ASSOCIATES | CROWE & DUNLEVY A Professional Corporation |
| 325 Dean A. McGee Ave. | 500 Kennedy Bldg. |
| Oklahoma City, Oklahoma 73102 | 321 S. Boston Ave. |
| Telephone: (405) 235-6100 | Tulsa, Oklahoma 74103-3313 |
| Facsimile: (405) 235-6111 | Telephone: (918) 592-9800 |
| amber@hammonslaw.com | Facsimile: (918) 592-9801 |
| *Counsel for Plaintiff* | michael.pacewicz@crowedunlevy.com |
| | *Attorneys for Defendant* |